UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Sonia Yenovkian,<br><br>            Plaintiff(s),<br><br>vs.<br><br>Apple Card/ Goldman Sachs Banks,<br><br>            Defendant(s). | **2:24-cv-00119-RFB-MDC**<br><br>**Order** |

      Pending before the Court is the *Motion to Strike Response* (ECF No. 23). The Court notes that the Motion (ECF No. 23) was filed after the Court had already drafted its Order regarding the Response (ECF No. 20) but before it was filed on the docket. The Court granted plaintiff's *Motion to Extend Time* (ECF No. 13) to file a Response to the Motion to Dismiss Amended Complaint (ECF No. 8), making her Second Response (ECF No. 20), timely and the operative Response to the Motion to Dismiss Amended Complaint.

      Accordingly,

      **IT IS ORDERED** that the Motion to Strike Response (ECF No. 23) is DENIED.

      DATED this 11th day of April 2024.

      IT IS SO ORDERED.

                                                                                 _____

                                                                               Hon. Maximiliano D. Couvillier III<br>                                                                               United States Magistrate Judge